| | | | |
|---|---|---|---|
| Com. v. Caro | 80 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/09/2016 | CP–35–CR–0000682–<br>2014<br>(Lackawanna) |
| Com. v. Higginbotham | 7 WDA 2015<br>Vacated and<br>Remanded | 08/09/2016 | CP–02–CR–0017178–<br>2013<br>(Allegheny) |
| Com. v. Krista | 174 WDA 2015<br>Vacated and<br>Remanded | 08/09/2016 | CP–02–CR–0007547–<br>2012<br>(Allegheny) |
| Com. v. Higginbotham | 250 WDA 2015<br>Vacated and<br>Remanded | 08/09/2016 | CP–02–CR–0017178–<br>2013<br>(Allegheny) |
| Com. v. Baynes | 378 WDA 2015<br>Vacated and<br>Remanded | 08/09/2016 | CP–02–CR–0000244–<br>2014<br>CP–02–CR–0002773–<br>2014<br>(Allegheny) |
| In re Estate of Lloyd; Appeal of Wentworth | 898 WDA 2015<br>Affirmed | 08/09/2016 | No. 02–11–1612<br>(Allegheny) |
| Com. v. Peters | 1688 WDA 2015<br>Affirmed | 08/09/2016 | CP–25–CR–0000366–<br>2015<br>(Erie) |
| Com. v. Brown | 1817 WDA 2015<br>Affirmed | 08/09/2016 | CP–02–CR–0008170–<br>1996<br>(Allegheny) |
| Com. v. Baer | 1982 WDA 2015<br>Affirmed | 08/09/2016 | CP–05–CR–0000281–<br>2014<br>(Bedford) |
| Matter of Adopt of J.Z.A.A.; Appeal of S.F. | 413 WDA 2016<br>Affirmed | 08/09/2016 | No. 17 In Adoption<br>2015<br>(Erie) |
| Matter of Adopt of R.J.R.; Appeal of S.F. | 414 WDA 2016<br>Affirmed | 08/09/2016 | No. 74 in adoption<br>2015<br>(Erie) |
| U.S. Bank v. Applegate [8] | 1566 EDA 2015<br>Affirmed | 08/10/2016 | No. 2011–04207<br>(Bucks) |
| Com. v. Posey | 1869 EDA 2015<br>Affirmed | 08/10/2016 | CP–23–CR–0003465–<br>2014<br>(Delaware) |
| Com. v. Massey | 2313 EDA 2015<br>Affirmed | 08/10/2016 | CP–23–CR–0002928–<br>2014<br>(Delaware) |
| Ariyamitr v. Ariyamitr | 2639 EDA 2015<br>Affirmed | 08/10/2016 | 2012–04861<br>(Montgomery) |

8. Petition for reargument denied October 14, 2016.